# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

| | | |
|---|---|---|
| In re:  THAD J. MC GINN | § | Case No. 11-84972 |
| DIANE R. MC GINN | § | |
| | § | |
| Debtors | § | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on <u>11/17/2011</u>.

2) The plan was confirmed on <u>04/27/2012</u>.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on <u>NA.</u>

4) The trustee filed action to remedy default by the debtor in performance under the plan on <u>03/09/2012.</u>

5) The case was completed on <u>06/07/2012</u>.

6) Number of months from filing or conversion to last payment: <u>6</u>.

7) Number of months case was pending: <u>9</u>.

8) Total value of assets abandoned by court order: <u>NA</u>.

9) Total value of assets exempted: <u>$52,650.00</u>.

10) Amount of unsecured claims discharged without full payment: <u>$29,324.00</u>.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 34,508.02 | |
| Less amount refunded to debtor | $ 54.79 | |
| **NET RECEIPTS** | | $ 34,453.23 |

### Expenses of Administration:

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,507.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 1,963.82 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 5,470.82 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GERACI LAW L.L.C. | Lgl | 3,507.00 | 3,507.00 | 3,507.00 | 3,507.00 | 0.00 |
| DEUTSCHE BANK TRUST COMPANY | Sec | 5,000.00 | 8,461.77 | 0.00 | 0.00 | 0.00 |
| DEUTSCHE BANK TRUST COMPANY | Sec | 0.00 | 72,227.05 | 0.00 | 0.00 | 0.00 |
| CONSUMER PORTFOLIO SERVICES | Sec | 7,606.00 | 9,025.00 | 7,606.00 | 7,606.00 | 260.20 |
| CONSUMER PORTFOLIO SERVICES | Uns | 0.00 | 3,088.53 | 4,507.53 | 4,507.53 | 0.00 |
| WISE FINANCE OF STERLING LLC | Sec | 1,200.00 | 938.10 | 938.10 | 938.10 | 32.80 |
| INTERNAL REVENUE SERVICE | Pri | 1,500.00 | 2,945.29 | 2,945.29 | 2,945.29 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 534.94 | 534.94 | 534.94 | 0.00 |
| IRS | Pri | 1,900.00 | NA | NA | 0.00 | 0.00 |
| ACADEMIC LOAN GRP / GLEL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Uns | 610.00 | NA | NA | 0.00 | 0.00 |
| AFFINITY CREDIT SERVICES | Uns | 600.00 | 400.00 | 400.00 | 400.00 | 0.00 |
| AT & T | Uns | 220.00 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH OF ILLINOIS | Uns | 800.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 543.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Uns | 0.00 | 66,027.21 | 0.00 | 0.00 | 0.00 |
| DEPT OF EDUCATION / NELN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION / NELN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| DEPT OF EDUCATION / NELN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION / NELN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION / NELN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DIVINE SAVIOR HEALTHCARE | Uns | 820.00 | 819.55 | 819.55 | 819.55 | 0.00 |
| FREEDMAN ANSELMO LINDBERG & | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MARGO MEYERS & ASSOCIATES | Uns | 340.00 | 561.48 | 561.48 | 561.48 | 0.00 |
| H & R ACCOUNTS INC | Uns | 221.00 | NA | NA | 0.00 | 0.00 |
| HSBC / KS | Uns | 775.00 | NA | NA | 0.00 | 0.00 |
| KELLY S RESTAURANT INC | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| KELLY S RESTAURANT INC | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| MCI | Uns | 139.00 | NA | NA | 0.00 | 0.00 |
| METRO ANESTHESIA | Uns | 70.00 | NA | NA | 0.00 | 0.00 |
| NEWMAN HIGH SCHOOL | Uns | 7,800.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE SURGERY | Uns | 410.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE, | Uns | 653.00 | 543.92 | 543.92 | 543.92 | 0.00 |
| RESURRECTION HOSPITAL | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| RMC PATHOLOGY ASSOCIATES | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 262.00 | 262.00 | 262.00 | 262.00 | 0.00 |
| ROCKFORD RETINA CLINIC | Uns | 255.00 | NA | NA | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Uns | 1,686.00 | 4,718.59 | 4,718.59 | 4,718.59 | 0.00 |
| RRCA ACCT MGMT | Uns | 484.00 | NA | NA | 0.00 | 0.00 |
| RRCA ACCT MGMT | Uns | 92.00 | NA | NA | 0.00 | 0.00 |
| RRCA ACCT MGMT | Uns | 91.00 | NA | NA | 0.00 | 0.00 |
| RRCA ACCT MGMT | Uns | 274.00 | NA | NA | 0.00 | 0.00 |
| RRCA ACCT MGMT | Uns | 67.00 | NA | NA | 0.00 | 0.00 |
| RRCA ACCT MGMT | Uns | 66.00 | NA | NA | 0.00 | 0.00 |
| RRCA ACCT MGMT | Uns | 572.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Uns | 0.00 | 57,111.00 | 0.00 | 0.00 | 0.00 |
| SPRINT | Uns | 1,201.00 | NA | NA | 0.00 | 0.00 |
| ST ANDREWS SCHOOL | Uns | 11,000.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERV | Uns | 2,399.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERV | Uns | 535.00 | NA | NA | 0.00 | 0.00 |
| STERLING ROCK FALLS CLINIC | Uns | 320.00 | NA | NA | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL | Uns | 1,760.00 | 1,751.27 | 1,751.27 | 1,751.27 | 0.00 |
| UNIVERSITY OF WI HOSPITAL & | Uns | 2,305.00 | 2,428.19 | 2,428.19 | 2,428.19 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| UW MED FOUNDATION INC dba UW | Uns | 160.00 | 541.64 | 541.64 | 541.64 | 0.00 |
| WYSE EYECARE | Uns | 180.00 | NA | NA | 0.00 | 0.00 |
| DOUG KNOX | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICES | Uns | 0.00 | 130.91 | 130.91 | 130.91 | 0.00 |
| SALLIE MAE INC | Uns | 0.00 | 31,108.24 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 8,544.10 | $ 8,544.10 | $ 293.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 8,544.10 | $ 8,544.10 | $ 293.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 2,945.29 | $ 2,945.29 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 2,945.29 | $ 2,945.29 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 17,200.02 | $ 17,200.02 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 5,470.82 |
| Disbursements to Creditors | $ 28,982.41 |
| **TOTAL DISBURSEMENTS:** | $ 34,453.23 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.


Date:  08/28/2012            By:  /s/ Lydia S. Meyer
                                                   Trustee

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.